1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jacob Levy,<br><br>                                    Plaintiff,<br><br>     vs.<br><br><br>JP Morgan Chase,<br><br>                                    Defendant. | CASE NO. 10-CV-1615 MMA (WMc)<br><br>**ORDER:**<br><br>**(1) GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**;<br><br>[Doc. No. 12]<br><br>**(2) DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT**<br><br>[Doc. No. 8] |

On August 3, 2010, Plaintiff Jacob Levy, proceeding pro se, filed a Complaint against Defendant JP Morgan Chase.[1] [Doc. No. 1.] Plaintiff alleges, inter alia, that Defendant engaged in illegal acts regarding the origination of the subject loan. The loan was secured by a deed of trust encumbering real property located at 2840-2842 Washington Street, Lemon Grove, CA 91945. On October 5, 2010, Defendant filed a Motion to Dismiss the Complaint. [Doc. No.8.] On October 15, 2010, Plaintiff filed a "Motion for Leave to Amend Complaint." [Doc. No. 12.]

Federal Rules of Civil Procedure, Rule 15(a) provides that a party's right to amend as a matter of course terminates "21 days after service of a responsive pleading or 21 days after service of a

---

[1]Plaintiff's document is entitled "Original Petition," which the Court construes as a complaint due to the substantive allegations and legal claims asserted therein.

1  motion under Rule 12(b), (e), or (f), whichever is earlier." Fed.R.Civ.P. 15(a)(1)(B).  As Plaintiff has

2  a right to amend its pleading once as a matter of course and did not need the Court's approval to file

3  an amended complaint, Plaintiff's motion is hereby **GRANTED**.  Plaintiff shall file an amended

4  complaint on or before ***October 26, 2010***.

5  　　　As such, Defendant's Motion to Dismiss is **DENIED** as moot and the ***December 6, 2010***

6  motion hearing is hereby **VACATED**.

7  　　　**IT IS SO ORDERED.**

8

9  DATED:  October 19, 2010

10  　　　　　　　　　　　　　　　　　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　　United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28